# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Luis Alberto Torres.
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

LAZ PARKING LTD LLC.
Juan Guerrero.
David Guerrero
ARodys Rodriguez
Neal.

Case No. _____
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Luis Alberto Torres is a citizen of VENEZUELA. who
   (Plaintiff)                        (State)
   presently resides at 260196 PO box, hartford CT. 06126-0196.
                        (mailing address)

2. Defendant LAZ PARKING LTD, LLC. is a citizen of UNITE STATE
             (name of first defendant)                 (State)
   whose address is ONE FINANCIAL PLAZA 14TH floor hartford, CT 06103
   and who is employed as Car Parker at the Hospital hartford, CT
                         (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  _X_ Yes  ___ No.  If your answer is "Yes," briefly explain:

The defendant fulfills the function of a delegated worker under a contract for years of a tendered contract, that is, he fulfills the functions of a state delegate.

3. Defendant __Jean Guerrero__ is a citizen of __Ecuador__
   (name of second defendant)                                    (State)

whose address is __One Financial 14th Floor Hartford, CT 06103__

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  _X_ Yes  ___ No.  If your answer is "Yes," briefly explain:

He is a 20 year employee of the Laz Company and is the supervisor who fulfills direct delegations of functions as a bajo employee under contract with Laz for Hartford hospital.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   __X__   42 U.S.C. § 1983 (applies to state defendants)

   _____  **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I was fired from Laz Parking LTD llc May 30, 2024 that day they fired me at the door of the Juan Guerrero office, I met with Arodys Rodriguez and Neal, where they forced me to resign under pressure and abused of autority and carried out the corrupt administrative act against the state of Connecticut by changing the date of my dismissal from May 13th. Acting under the guise of law, a dismissal that can be verified on video camera footage from that day, May 30th. 2024. The Connecticut labor department was made aware of this in an appeal. all due to an act of discrimination and persecution for being Venezuelan.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: "Acting under color of law." When a private employee Laz Parking. performs. state delegated function, they may be considered to act "under color of law" under 42 USC §1983

2. Abuse of Autority. 14th Amendment - Due Process clause. Discrimination 42 USC. §2000e-2(a)1 prohibits employment discrimination based on race, color, religion or national origen Venezolano.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

He considers that the discriminatory and corrupt action carried out despite is contrary to the law of the state Connecticut since on May 30, 2024 Juan Guerrero used with Arodys Rodriguez and Neal, Discrimination and violation of the contract by carrying out an indirect despite, his autority in his position. intrigue two federal administrative and constitutional laws, which the company must respect by illegally changing, not honesty the disguised dismissal superstar resigns on May 13/2024.

## Irreparable Damage

**Claim II**: This selfish act of firing me from the Company LAZ caused Irreparable damage in my life, which was the loss of my mother, Maria Antonia Torres. I hold responsible and accuse this ilegal dismissal, an Abuse of the law color, on May 30th, since my mother died because I was left without a job and without the resources with without a job and without the resources with which I paid for her medicine, the means that allowed her to stay connected to life.

**Supporting Facts**:

**Claim III**: breach of contract. Persecution Labol. Workplace harassment, Juan Guerrero, David Guerrero in the performance of my Job for 5 months. Damage Irreparable.

**Supporting Facts**:

## E. REQUEST FOR RELIEF

I request the following relief:

I ask the court to restore my rights violated by Laz Parking LTD llc. In breach of federal laws, the current state of the law, and in violation of the laws of the state of Connecticut, and that I be compensated for the damage caused with the determining effect that aggravated the death of my mother, Havia Antonia Torres, due to the discrimination and persecution, carried out by Laz, having employer, emperors such as Juan Guerrero and David Guerrero and their supervisor, Avodys Rodriguez; Neal who remained silent in the face of these injustices. I have damage seriously psicologis.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes **X**     No _____

_____     _____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____     LUIS ALBERTO TORRES
Printed Name     Printed Name

_____
_____

( )                                      ( )
Attorney's full address and telephone     Plaintiff's full address and telephone

_____     _____
Email address if available     Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
               (location)                                (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5

=D=

## 1. Acting Under Color of Law

- When a private employee performs state-delegated functions, they may be considered to act under color of law under 42 U.S.C. §1983.
- Legal basis:
  - 42 U.S.C. §1983 — "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State … subjects … any citizen … to the deprivation of any rights, privileges, or immunities secured by the Constitution … shall be liable."
- This allows claims against individuals who, although privately employed (e.g., LAZ Parking employees at a hospital), violate constitutional rights.

## 2. Abuse of Authority

- Misusing power granted by an employer or public authority constitutes abuse of authority.
- Applicable federal / constitutional provisions:
  - 14th Amendment – Due Process Clause: Protects against arbitrary deprivation of property or employment rights.

-2-

- 42 U.S.C. §1983: Allows lawsuits for abuse of authority under color of law.

- Relevant cases:

    - Monroe v. Pape, 365 U.S. 167 (1961) — Individuals acting under color of law can be liable for constitutional violations.

    - Cleveland Board of Education v. Loudermill, 470 U.S. 532 (1985) — abuse of authority in coerced resignation or termination without proper process.

## 3. Breach of Contract

- Occurs when the employer fails to honor the terms of the employment agreement.
- Applicable when:
    - The company unilaterally changes employment conditions.
    - Records (e.g., resignation date) are falsified.
    - Employee benefits or rights are denied.

- Can be included as a separate Count (Breach of Contract) in the complaint.

- Supporting references:
    - Inter-American human rights cases (Baena Ricardo v. Panama, Lagos del Campo v. Peru) — show violations of fundamental rights in employment contexts.

-3-

## 4. Discrimination

- National origin discrimination (Venezuelan) falls under Title VII and the Equal Protection Clause.
- Applicable law:
    - 42 U.S.C. §2000e-2(a)(1) – prohibits employment discrimination based on race, color, religion, sex, or national origin.
    - 14th Amendment – Equal Protection Clause – guarantees equality under the law.
- Relevant cases:
    - McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) — framework for proving discrimination.
    - Staub v. Proctor Hospital, 562 U.S. 411 (2011) — employer liability for downstream harm caused by discriminatory acts.

## Suggested Integration into Your Complaint (Causes of Action)

COUNT I — Acting Under Color of Law (42 U.S.C. §1983)

COUNT II — Abuse of Authority / Due Process Violation

# UNITED STATES DISTRICT COURT

NOV 21 2025 AM 10:10
FILED-USDC-CT-HARTFORD

DISTRICT OF CONNECTICUT

Luis Alberto Torres, Plaintiff,

v.

LAZ Parking Ltd. LLC, Juan Guerrero, David Guerrero, Arody Rodríguez, and other unknown parties, Defendants.

Case No.: _____

FEDERAL CIVIL RIGHTS COMPLAINT

(42 U.S.C. §1983, Title VII, Declaratory Relief, and International Human Rights Law)

# I. INTRODUCTION

1. This case arises from severe national origin discrimination, persecution, abuse of authority, administrative falsification, and retaliation by LAZ Parking employees acting under color of law at a hospital.

2. Plaintiff was forced to resign, the resignation date was falsified, and he lost financial support for his mother, María Antonia Torres, who depended on him for medical care and sustenance.

3. One month and 17 days later, Plaintiff's mother passed away, constituting extreme, foreseeable, and directly attributable harm.

4. Plaintiff seeks legal, declaratory, and compensatory remedies, including punitive damages and reparative measures under federal law and international treaties ratified by the U.S.

## II. JURISDICTION AND VENUE

5. Jurisdiction: 28 U.S.C. §§1331, 1343; Title VII; 42 U.S.C. §1983.
6. Supplemental jurisdiction: 28 U.S.C. §1367.
7. Venue: District of Connecticut pursuant to 28 U.S.C. §1391(b).

## III. PARTIES

(As previously stated, excluding Betsy Rodríguez)

## IV. STATEMENT OF FACTS

12–25. (As included in prior versions)

26. Loss of income prevented Plaintiff from paying for mother's medications, medical visits, transportation, and nutrition.

27. Rapid deterioration led directly to her death following Defendants' discriminatory act on May 30, 2024.

28. These actions are extreme, irreparable, and violate federal law and principles of human dignity protected by international treaties.

29. LAZ Parking breached Plaintiff's employment contract by unilaterally altering work conditions, falsifying resignation date, and denying contractual rights, amplifying damages.

## V. CAUSES OF ACTION

COUNT I — Acting Under Color of Law (42 U.S.C. §1983)

COUNT II — Abuse of Authority / Due Process Violation

COUNT III — Breach of Employment Contract

COUNT IV — National Origin Discrimination (Title VII)

COUNT V — Retaliation / Constructive Discharge

COUNT VI — Emotional Distress, Moral Harm, and Accelerated Death of Plaintiff's Mother

## VI. FEDERAL JURISPRUDENCE

- McDonnell Douglas Corp. v. Green, 411 U.S. 792 (1973) – discrimination framework

- Burlington Industries v. Ellerth, 524 U.S. 742 (1998) – employer liability for supervisor abuse
- Harris v. Forklift Systems, 510 U.S. 17 (1993) – hostile work environment
- Meritor Savings Bank v. Vinson, 477 U.S. 57 (1986) – harassment
- Pennsylvania State Police v. Suders, 542 U.S. 129 (2004) – constructive discharge
- Monroe v. Pape, 365 U.S. 167 (1961) – under color of law
- Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982) – private actor with public authority
- Staub v. Proctor Hospital, 562 U.S. 411 (2011) – causation for downstream harm
- Paroline v. United States, 572 U.S. 434 (2014) – substantial causation

# VII. INTERNATIONAL TREATIES

- ICCPR: Art. 6 (Right to life), Art. 26 (Equality & non-discrimination)
- CERD: Art. 2 & 5 (Prevent national origin discrimination)
- American Declaration of the Rights and Duties of Man (OAS): Art. I, II, XIV
- Inter-American Democratic Charter: Art. 3 & 4
- Inter-American Court Cases: Baena Ricardo v. Panama (2001), Lagos del Campo v. Peru (2017)

# VIII. DAMAGES

- Compensatory and punitive damages
- Emotional, moral, and psychological harm
- Accelerated death damages
- Full remedial measures

# IX. REQUEST FOR RELIEF

- Declaration that Defendants violated federal civil rights laws
- Compensatory and punitive damages
- Relief for accelerated death of Plaintiff's mother
- Injunctive relief preventing further discriminatory practices
- Restoration of Plaintiff's civil rights
- Any other relief deemed just and proper

Respectfully submitted,

Luis Alberto Torres

Plaintfill pro se